In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00065-CV
_____

TRISHA WAKAT SHAFER, Appellant

V.

JACK NEWTON SHAFER, Appellee

On Appeal from the 418th District Court
Montgomery County, Texas
Trial Cause No. 10-06-06422 CV

MEMORANDUM OPINION

The trial court signed a final protective order on August 23, 2012. Appellant, Trisha Wakat Shafer, filed a notice of appeal on February 8, 2013. We questioned our jurisdiction, and the parties filed responses. Appellant contends she is seeking to appeal the trial court's denial of her post-judgment motions. For a regular appeal, the timely filing of an appropriate post-judgment motion extends the time for perfecting appeal from thirty days to ninety days after the date the judgment is signed. *See* Tex. R. App. P. 26.1. The time to appeal runs from the date of the

1

judgment, not the date the trial court rules on the post-judgment motions. *Id.* Appellant failed to timely perfect her appeal. We dismiss the appeal for lack of jurisdiction.

     APPEAL DISMISSED.


                      _____

                          STEVE McKEITHEN
                             Chief Justice


Opinion Delivered April 4, 2013
Before McKeithen, C.J., Gaultney and Kreger, JJ.

2